UNITED STATES POSTAL SERVICE®

## Employee Information

**Employee:**
DARIUS BENNETT

**Employee ID:**
06731678

**Finance Number:**
26-8339

**Pay Location:**
000

**Pay Period:**
04-2026

**Pay Date:**
02/13/26

**Inclusive Dates:**
01/24/26 - 02/06/26

# Net Pay:

# $1,424.67

## Paid Hours

## Leave & Retirement Information

## Additional Pay & Other Compensation

## Deductions



epayroll.usps.gov



## Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Retirement: FERS – Ret-FICA Code E | 83.26 | 425.47 |
| Social Security | 149.36 | see YTD below |
| Medicare | 34.93 | see YTD below |
| Federal Tax: S 00 | 193.89 | 393.12 |
| State Income Tax: MN S 00 | 127.32 | 543.80 |
| Child Support / Spousal Support | 197.80 | 593.40 |
| Social Security (deducted on Ins Income) | .16 | 663.62 |
| Medicare (deducted on Ins Income) | .04 | 155.20 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 94.61 | 483.49 |
| Union Dues: L | 35.97 | 102.17 |
| **Total Current Pay Period Deductions:** | 917.34 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $917.34 | $3,360.27 |
| **Net Pay (Net To Bank):** | $1,491.73 | $7,330.77 |

epayroll.usps.gov



UNITED STATES POSTAL SERVICE ®



Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 91.36 | 249.70 |
| Social Security | 131.45 | see YTD below |
| Medicare | 30.74 | see YTD below |
| Federal Tax: S 00 | .00 | .00 |
| State Income Tax: MN S 00 | 107.05 | 286.13 |
| Child Support / Spousal Support | 197.80 | 197.80 |
| Social Security (deducted on Ins Income) | .15 | 361.17 |
| Medicare (deducted on Ins Income) | .04 | 84.47 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 103.82 | 283.76 |
| Union Dues: L | 33.10 | 33.10 |
| **Total Current Pay Period Deductions:** | 695.51 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | **$695.51** | **$1,496.13** |
| **Net Pay (Net To Bank):** | **$1,424.67** | **$4,321.75** |

epayroll.usps.gov

Adjustments 0

 **UNITED STATES POSTAL SERVICE** ®



| Description | Pay Period | YTD |
|---|---|---|
| Retirement: FERS – Ret-FICA Code E | 83.51 | 580.70 |
| Social Security | 169.14 | see YTD below |
| Medicare | 39.55 | see YTD below |
| Federal Tax: S 00 | .00 | 393.12 |
| State Income Tax: MN S 00 | 148.99 | 798.66 |
| Child Support / Spousal Support | 197.80 | 989.00 |
| Social Security (deducted on Ins Income) | .15 | 962.06 |
| Medicare (deducted on Ins Income) | .04 | 225.00 |
| Thrift Savings Plan (TSP): 5% – (Regular) | 94.90 | 659.90 |
| Union Dues: L | 35.97 | 174.11 |
| **Total Current Pay Period Deductions:** | **770.05** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$770.05** | **$4,782.55** |
| **Net Pay (Net To Bank):** | **$1,958.04** | **$10,717.16** |

  epayroll.usps.gov

**4:53**





## Employee Information

**Employee:**
DARIUS BENNETT
**Employee ID:**
06731678
**Finance Number:**
26-8339
**Pay Location:**
000
**Pay Period:**
07-2026
**Pay Date:**
03/27/26
**Inclusive Dates:**
03/07/26 - 03/20/26

# Net Pay:

# $1,428.35

## Paid Hours

## Leave & Retirement Information

## Additional Pay & Other Compensation

## Deductions



epayroll.usps.gov

 **UNITED STATES POSTAL SERVICE** ®



## Employee Information

**Employee:**
DARIUS BENNETT
**Employee ID:**
06731678
**Finance Number:**
26-8339
**Pay Location:**
000
**Pay Period:**
08-2026
**Pay Date:**
04/10/26
**Inclusive Dates:**
03/21/26 - 04/03/26

# Net Pay:

# $1,958.04

## Paid Hours

## Leave & Retirement Information

## Additional Pay & Other Compensation

## Deductions

D            ns             epayroll.usps.gov     • • •

Amount

Description

4:54





## Employee Information

**Employee:**
DARIUS BENNETT
**Employee ID:**
06731678
**Finance Number:**
26-8339
**Pay Location:**
000
**Pay Period:**
05-2026
**Pay Date:**
02/27/26
**Inclusive Dates:**
02/07/26 - 02/20/26

# Net Pay:

# $1,517.29

## Paid Hours

## Leave & Retirement Information

## Additional Pay & Other Compensation

## Deductions

## Adjustments 0

epayroll.usps.gov



Deductions

| Description | Amount | |
| --- | --- | --- |
| | **Pay Period** | **YTD** |
| Retirement: FERS – Ret-FICA Code E | 71.72 | 497.19 |
| Social Security | 128.99 | see YTD below |
| Medicare | 30.17 | see YTD below |
| Federal Tax: S 00 | .00 | 393.12 |
| State Income Tax: MN S 00 | 105.87 | 649.67 |
| Child Support / Spousal Support | 197.80 | 791.20 |
| Social Security (deducted on Ins Income) | .16 | 792.77 |
| Medicare (deducted on Ins Income) | .04 | 185.41 |
| Thrift Savings Plan (TSP): 5% – (Regular) | 81.51 | 565.00 |
| Union Dues: L | 35.97 | 138.14 |
| **Total Current Pay Period Deductions:** | **652.23** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$652.23** | **$4,012.50** |
| **Net Pay (Net To Bank):** | **$1,428.35** | **$8,759.12** |

epayroll.usps.gov

Adjustments **0**

4:54

 UNITED STATES POSTAL SERVICE ®



## Employee Information

**Employee:**

DARIUS BENNETT

**Employee ID:**

06731678

**Finance Number:**

26-8339

**Pay Location:**

000

**Pay Period:**

06-2026

**Pay Date:**

03/13/26

**Inclusive Dates:**

02/21/26 – 03/06/26

# Net Pay:

## $1,491.73

## Paid Hours

## Leave & Retirement Information

## Additional Pay & Other Compensation

## Deductions



**4:54**                                    5G

 **UNITED STATES POSTAL SERVICE** ®

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 92.51 | 342.21 |
| Social Security | 152.78 | see YTD below |
| Medicare | 35.73 | see YTD below |
| Federal Tax: S 00 | 199.23 | 199.23 |
| State Income Tax: MN S 00 | 130.35 | 416.48 |
| Child Support / Spousal Support | 197.80 | 395.60 |
| Social Security (deducted on Ins Income) | .15 | 514.10 |
| Medicare (deducted on Ins Income) | .03 | 120.23 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 105.12 | 388.88 |
| Union Dues: L | 33.10 | 66.20 |
| **Total Current Pay Period Deductions:** | 946.80 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $946.80 | $2,442.93 |
| **Net Pay (Net To Bank):** | $1,517.29 | $5,839.04 |

epayroll.usps.gov

Adjustments  0